**Stanley MOON, Margaret Moon, and Floyd O. Lieurance, Plaintiffs-Appellants,**

v.

**Fred B. JOHANNES, Defendant-Respondent.**

No. 49916.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 30, 1986.

---

Stephen M. Hereford, Clayton, for plaintiffs-appellants.

Kenneth J. Heinz, Robert A. Hutton, Jr., St. Louis, for defendant-respondent.

## ORDER

PER CURIAM:

Plaintiffs Stanley Moon and Margaret Moon, and plaintiff Floyd Lieurance, appeal from adverse judgments entered by the trial court in their contract actions against defendant. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).